IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLEN WAYNE WILLIAMSON,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>       Defendant. | Case No. CIV-14-046-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On May 11, 2015, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. The Government filed an objection on May 22, 2015, arguing that the Administrative Law Judge (hereinafter "ALJ") reasonably evaluated the record as a whole and discussed the relevant evidence. The Government requests the court affirm the final agency decision.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse the ALJ's decision and remand this action for further proceedings is well-supported. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42

U.S.C. §405(g) for further administrative proceedings.

　　　　IT IS SO ORDERED this 9th day of June, 2015.


**Dated this 9th day of June, 2015.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ronald A. White
　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　Eastern District of Oklahoma